Penny L. Koepke
pkoepke@hoalaw.biz
**MAXWELL & MORGAN, P.C.**
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
Tel: (480) 833-1001

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Brenda Whittaker, individually and on behalf of all others similarly situated, | Case No. 3:22-cv-08077-SMB |
| *Plaintiff*, | **PLAINTIFF'S NOTICE OF SERVICE** |
| v. | |
| Paul Moss Insurance Agency, LLC d/b/a Epiq Insurance Agency, an Ohio limited liability company, | |
| *Defendant*. | |

Plaintiff Brenda Whittaker ("Plaintiff" or "Whittaker"), by and through her undersigned counsel, certifies that she served her initial disclosures on all parties that have appeared in this action. Plaintiff also served her first set of discovery requests, including Plaintiff's First Set of Interrogatories to Defendant and Plaintiff's First Set of Requests for the Production of Documents to Defendant. The disclosures and requests were transmitted to counsel for Defendant via electronic mail on August 9, 2022.

Dated: August 11, 2022     **BRENDA WHITTAKER**, individually and on behalf of all others similarly situated,

By: /s/ Taylor T. Smith
One of Plaintiff's Attorneys

Penny L. Koepke

1

|   |   |
|---|---|
| 1 | pkoepke@hoalaw.biz |
| 2 | 4854 E. Baseline Road, Suite 104 |
|   | Mesa, Arizona 85206 |
| 3 | Tel: (480) 833-1001 |
| 4 | Taylor T. Smith (admitted *pro hac vice*) |
|   | tsmith@woodrowpeluso.com |
| 5 | Woodrow & Peluso, LLC |
|   | 3900 East Mexico Ave., Suite 300 |
| 6 | Denver, Colorado 80210 |
|   | Telephone: (720) 907-7628 |
| 7 | Facsimile: (303) 927-0809 |
| 8 |   |
|   | *Counsel for Plaintiff and the Putative Class* |

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on August 11, 2022.

                */s/ Taylor T. Smith*