Sitar Bhatt, State Bar Number 029622
sbhatt@tysonmendes.com
Leah M. McKeever, State Bar Number 034235
lmckeever@tysonmendes.com
**TYSON & MENDES, LLP**
7910 East Thompson Peak Parkway, Suite 101
Scottsdale, Arizona 85255
Telephone: (480) 571-5031
Facsimile:  (480) 245-5424
*Attorney for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Brenda Whittaker, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br>　vs.<br><br>Paul Moss Insurance Agency, Llc d/b/a Epiq Insurance Agency, an Ohio limited liability company<br><br>　　　　　　　　　　Defendant. | No. 3:22-cv-08077-SMB<br><br>**DEFENDANT'S NOTICE OF SERVICE OF RESPONSES TO PLAINTIFF'S DISCOVERY REQUESTS** |

Defendant Paul Moss Insurance Agency dba Epiq Insurance Agency, by and through undersigned counsel, herein gives notice it has served upon all parties on this date via U.S. Mail and courtesy e-mail, its Responses to Plaintiff's written Discovery Requests.

DATED this 12th day of September, 2022.

　　　　　　　　　　　　　　　　　　TYSON & MENDES, LLP


　　　　　　　　　　　　　　　　　　By: */s/ Leah M. McKeever*
　　　　　　　　　　　　　　　　　　　　Sitar Bhatt
　　　　　　　　　　　　　　　　　　　　Leah M. McKeever
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*

**TYSON & MENDES, LLP**

# CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

Penny L. Koepke
MAXWELL & MORGAN, P.C.
4854 E. Baseline Rd.
Suite 104
Mesa, AZ 85206
pkoepke@hoalow.biz
*Attorney for Plaintiff*

Taylor T Smith
WOODROW & PELUSO, LLC
3900 E. Mexico Ave.
Suite 300
Denver, CO 8021
tsmith@woodrowpeluso.com
*Attorney for Plaintiff*


By: */s/ Mersadies Alvarado*

2