Sitar Bhatt, State Bar Number 029622
sbhatt@tysonmendes.com
Leah M. McKeever, State Bar Number 034235
lmckeever@tysonmendes.com
**TYSON & MENDES, LLP**
7910 East Thompson Peak Parkway, Suite 101
Scottsdale, Arizona 85255
Telephone: (480) 571-5031
Facsimile:  (480) 245-5424
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Brenda Whittaker, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> Paul Moss Insurance Agency, Llc d/b/a Epiq Insurance Agency, an Ohio limited liability company <br><br> Defendant. | No. 3:22-cv-08077-SMB <br><br> **DEFENDANT'S NOTICE OF SERVICE OF WRITTEN DISCOVERY REQUESTS TO PLAINTIFF** |

Defendant Paul Moss Insurance Agency dba Epiq Insurance Agency gives notice that it has served upon all parties on this date, via e-mail, its First Set of Interrogatories, Request for Admissions and Request for Production to Plaintiff.

DATED this 12th day of September, 2022.

TYSON & MENDES, LLP

By: */s/ Leah M. McKeever*
Sitar Bhatt
Leah M. McKeever
*Attorneys for Defendant*

**TYSON & MENDES, LLP**

# CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

Penny L. Koepke
MAXWELL & MORGAN, P.C.
4854 E. Baseline Rd.
Suite 104
Mesa, AZ 85206
pkoepke@hoalow.biz
*Attorney for Plaintiff*

Taylor T Smith
WOODROW & PELUSO, LLC
3900 E. Mexico Ave.
Suite 300
Denver, CO 8021
tsmith@woodrowpeluso.com
*Attorney for Plaintiff*


By: */s/ Mersadies Alvarado*

2