Penny L. Koepke
pkoepke@hoalaw.biz
**MAXWELL & MORGAN, P.C.**
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
Tel: (480) 833-1001

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the Class*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Brenda Whittaker, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>Paul Moss Insurance Agency, LLC d/b/a Epiq Insurance Agency, an Ohio limited liability company,<br><br>*Defendant*. | Case No. 3:22-cv-08077-SMB<br><br>**PLAINTIFF'S NOTICE OF SERVICE** |

Plaintiff Brenda Whittaker ("Plaintiff" or "Whittaker"), by and through her undersigned counsel, certifies that she served her objections and responses to Defendant's first set of discovery requests, including requests for admission, requests for production, and interrogatories. The responses were transmitted to counsel for Defendant via electronic mail and U.S. Mail on October 12, 2022.

Dated: October 13, 2022

**BRENDA WHITTAKER**, individually and on behalf of all others similarly situated,

By: */s/ Taylor T. Smith*
One of Plaintiff's Attorneys

Penny L. Koepke
pkoepke@hoalaw.biz

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
Tel: (480) 833-1001

Taylor T. Smith (admitted *pro hac vice*)
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 907-7628
Facsimile: (303) 927-0809

*Counsel for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on October 13, 2022.

                                                          */s/ Taylor T. Smith*