# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brenda Whittaker,<br><br>    Plaintiff,<br><br>v.<br><br>Paul Moss Insurance Agency LLC,<br><br>    Defendant. | No. CV-22-08077-PCT-SMB<br><br>**ORDER** |

Upon review of the parties' Stipulation for Dismissal (Doc. 35) and good cause appearing,

**IT IS ORDERED** granting the Stipulation (Doc. 35). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

**IT IS FURTHER ORDERED** directing the Clerk to close this matter.

Dated this 19th day of May, 2023.

_____
Honorable Susan M. Brnovich
United States District Judge